IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWANK ACCOUNTING & TAX, INC., and TIA SWANK,<br><br>Plaintiffs,<br><br>vs.<br><br>HISCOX INSURANCE COMPANY, INC., and DWF CLAIMS (USA) LLC,<br><br>Defendants. | CV 26-126-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 25th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge